29 A.3d 368

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Darius PETERSON, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 21, 2011.

620

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of September, 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Is the Superior Court's decision denying Petitioner's Rule 600 claim directly contrary to well-settled precedent established by this Court?